IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED

MAR 10  12 57 PM '05

CLERK
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-18-UNA |
| | ) | |
| ANDRES RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of defendant Andres Rodriguez.

COLM F. CONNOLLY
United States Attorney

By: /s/ Adam
Adam Safwat
Assistant United States Attorney

Dated: March 10, 2005

AND NOW, to wit, this __10__ day of __March__, 2002, upon the foregoing Motion, IT IS HEREBY ORDERED that the Indictment and File in the above-captioned case be sealed until the arrest and apprehension of defendant.

Honorable Mary Pat Thynge
United States Magistrate Judge