Filed in open court 3/11/05
EW

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
MAR 11   1 48 PM '05

CLERK
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 05 – 18 |
| ANDRES RODRIGUEZ | ) |
| Defendant. | ) |

### MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney for the District of Delaware, and hereby moves that the Indictment and related file be unsealed, as the defendant has been arrested.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Adam
Adam Safwat
Assistant United States Attorney

Dated: March 11, 2005

* * *

AND NOW, this ___11___ day of March, 2005, upon the foregoing motion, **IT IS SO ORDERED**.

_____
The Honorable Mary Pat Thynge
United States Magistrate Judge