OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 11, 2005

**UNITED STATES OF AMERICA**

    v.                      CRIMINAL ACTION NO. 05-18

**ANDRES RODRIGUEZ**

    I hereby acknowledge receipt of the following documents:

    U.S. Passport Number 211685145 (Exp. 10/17/2014)

_3-11-05_
**DATE**

_(signature)_
**DEPUTY CLERK**