AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 MAR 14  AM 10:21

UNITED STATES OF AMERICA

V.

ANDRES RODRIGUEZ

## WARRANT FOR ARREST

Case Number:  CR 05-18-UNA

SE~~A~~LED   UNSEALED 3/11/05 KJK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          ANDRES RODRIGUEZ
                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complain  ☐ Order of court   Violation    Probation Violation Petition

charging him or her     (brief description of offense)

TRANSFERRING, POSSESSING, OR USING AN ID CARD TO AID OR ABET A FEDERAL FELONY

in violation of _____18_____ United States Code, Section(s) _____1028(a)(7) and (b)(1)(D)_____

Peter T. Dalleo
Name of Issuing Officer

By: _____, Deputy Clerk
Signature of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

3/10/2005 in Wilmington, DE
Date and Location

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant  Rodriguez, Andres |

| DATE RECEIVED  03-10-2005 | NAME AND TITLE OF ARRESTING OFFICER  SA. Stephen Nagy | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST  03-10-2005 | Department of State | |

AO 442   (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN                _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____