UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>Andres Rodriguez<br>          Defendant. | )<br>)<br>)<br>)<br>)   CASE NO. CR 05-18 JJF<br>)<br>)<br>)<br>) |

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *April 28, 2005* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *May 26, 2005*. The time between the date of this order and *May 26, 2005* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Mary Pat Thynge
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED

APR 2 8 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE