IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | Crim. Ac. No. 05-18-JJF |
| | : | |
| ANDRES RODRIQUEZ, | : | |
| | : | |
| Defendant. | : | |

## ORDER

The Court having considered Defendant Rodriguez's Motion to Permit the Filing of Defendant's Pretrial Motions;

IT IS HEREBY ORDERED this _____ day of _____, 2005 that the defendant's motions is GRANTED, and defendant's pretrial motions are to be filed by June 10, 2005.

                                                                                  _____
                                                                                  Honorable Judge Joseph J. Farnan, Jr.
                                                                                  U.S. District Court Judge