IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-18 JJF |
| ANDRES RODRIQUEZ, | : |
| Defendant. | : |

### O R D E R

The Court having considered Defendant Rodriguez's Motion to Permit the Filing of Defendant's Pretrial Motions (D.I. 15) filed on May 26, 2005;

IT IS HEREBY ORDERED that:

1. Defendant's Motion (D.I. 15) is **GRANTED**, and Defendant's pretrial motions shall be filed by **June 10, 2005**;

2. The time between May 26, 2005 and June 10, 2005 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

June 2, 2005                                    _____
    DATE                                        UNITED STATES DISTRICT JUDGE