UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-18-JJF |
| | ) | |
| ANDRES RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

In response to Mr. Rodriguez' motion, this Court hereby Orders on this /3 day of June, 2005, that Defendant Rodriguez' pre-trial motion hearing and trial shall be scheduled for a date outside of that normally allowable by the Speedy Trial Act. The Court finds that such a continuance of the Speedy Trial Act is in the interest of justice.

_____
Honorable Joseph J. Farnan, Jr.
U.S. District Court