## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-18-JJF |
| | : | |
| ANDRES RODRIGUEZ, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO PERMIT DEFENDANT TO TRAVEL

The defendant, Andres Rodriguez, through his undersigned counsel, Penny Marshall, hereby moves this Honorable Court to permit the defendant to travel to Puerto Rico.

In support of this motion the defense submits as follows:

1. Mr. Andres Rodriguez was placed on pretrial supervision by the Court, through Magistrate Judge Thynge on March 11, 2005. Mr. Rodriguez has complied with his conditions of release.

2. On June 24 through June 28, 2005 Mr. Rodriguez's family is having a family reunion which he would like to attend in Puerto Rico. His conditions of release require him to request permission from the Court to travel outside of Delaware.

3. This visit is of particular importance because Mr. Rodriguez's stepmother, who is 88, is having severe health problems. Mr. Rodriguez is also quite close to his stepmother. She is in the hospital due to pulmonary complications and chronic diabetes. Her prognosis is not very favorable.

4. The information in this motion was confirmed by counsel through Mr. Rodriguez's sister, with whom he would stay while in Puerto Rico.

5. AUSA Adam Safwat was unavailable on the date of this filing.

**WHEREFORE**, for the above stated reasons and any other such reasons that shall appear to the Court, it is requested that Mr. Rodriguez be granted permission to travel to Puerto Rico on June 24th and return on June 28th 2005.

Respectfully submitted,

/s/ Penny Marshall
Penny Marshall, Esquire
Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010
Attorney for Andres Rodriguez

Dated:     June 17, 2005

## <u>CERTIFICATE OF SERVICE</u>

Undersigned Counsel certifies that a copy of this Motion to Permit Defendant to Travel is available for public viewing and downloading and was electronically delivered on June 17, 2005 to:

Adam Safwat, AUSA
United States Attorney's Office
1007 Orange Street, Suite 700
Wilmington, DE 19801


 /s/ Penny Marshall
Penny Marshall, Esquire
Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010
Attorney for Andres Rodriguez