UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.   : | Criminal Action No.  05-18-JJF |
| : | |
| ANDRES RODRIGUEZ, : | |
| : | |
| Defendant.   : | |

## ORDER

Having considered the Defendant's Motion To Permit Defendant to Travel,

**IT IS HEREBY ORDERED** this _____ day of June, 2005 that Defendant Andres Rodriguez's Motion is **GRANTED**, and the Defendant will be permitted to travel to Puerto Rico leaving on June 24, 2005 and returning on June 28, 2005.

                                                                                           _____
                                                                                           Honorable Judge Joseph J. Farnan
                                                                                           United States District Court