IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-18 JJF |
| ANDRES RODRIGUEZ, | : |
| Defendant. | : |

### O R D E R

WHEREAS, a Motion To Permit Defendant To Travel (D.I. 19) was filed;

WHEREAS, the Government defers to Pre-Trial Services recommendation;

WHEREAS, Pre-Trial Services does not support the travel requested;

WHEREAS, the Court finds the Pre-Trial Services recommendation and reasons persuasive;

NOW THEREFORE, IT IS ORDERED THAT the Motion To Permit Defendant To Travel is **DENIED**.

June 21, 2005
DATE

UNITED STATES DISTRICT JUDGE