IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-018 JJF |
| ANDRES RODRIGUEZ, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, on April 28, 2005, the above named Defendant entered a plea of not guilty to the charges pending against him in this Court;

WHEREAS, on June 13, 2005, the Court issued an Order (D.I. 18) granting Defendant's Motion To Continue Trial (D.I. 17);

WHEREAS, no pretrial motions have been filed;

IT IS HEREBY ORDERED that:

1. A conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Thursday, September 15, 2005 at 11:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2. The time between June 13, 2005 and the date of this Order shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

August 31, 2005
DATE

UNITED STATES DISTRICT JUDGE