IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-18 JJF |
| ANDRES RODRIQUEZ, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, a scheduling conference was held on September 15, 2005;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Case is continued by mutual request;

2. Defendant's counsel to submit a waiver of speedy trial;

3. Counsel to file a status letter by December 9, 2005;

4. The time between September 15, 2005 and December 9, 2005 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

September 16, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE