IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-18-JJF |
| ANDRES RODRIGUEZ, | : | |
| Defendant. | : | |

## WAIVER OF SPEEDY TRIAL

The defendant through undersigned counsel hereby waives his right to speedy trial in the above-captioned matter, counsel submits as follows in support of this waiver:

1. Mr. Rodriguez, the defendant in the above-captioned matter has discussed his right to a speedy trial with counsel.

2. Mr. Rodriguez understands that he may assert his right, but voluntarily chooses to waive the right.

3. Mr. Rodriguez submits that it is in his interest to make such a waiver and that the ends of justice under, 18 U.S.C. § 3161 et seq., support a continuance of his case.

Respectfully submitted,

/S/
Penny Marshall, Esquire
Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010
Attorney for Andres Rodriguez

Dated: September 22, 2005