

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*  *(302) 573-6277*
*1007 Market Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

December 6, 2005

**VIA ECF**

The Honorable Joseph J. Farnan, Jr.
United States District Judge
U.S. Courthouse
844 King Street
Wilmington, Delaware 19801

    Re:   **United States v. Andres Rodriguez**
           **Criminal Action No. 05-18-JJF**

Dear Judge Farnan:

    The parties have agreed upon a plea in principle. The U.S. Attorney's Office recently received approval from the Tax Division to proceed with a one count information against the defendant, consistent with the agreement in principle. Accordingly, the government will soon extend a formal plea agreement to counsel, and the government will notify the Court if and when the plea agreement is finalized.

                                      Respectfully submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney

                           By: _____
                                 Adam Safwat
                                 Assistant United States Attorney

cc:    Penny Marshall, Esquire
       The Clerk of the Court