IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-18 JJF |
| | : | |
| ANDRES RODRIGUEZ, | : | |
| | : | |
| Defendant. | : | |

O R D E R

WHEREAS, the above Defendant having entered a plea of guilty to Count four of the Superseding Indictment pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's sentencing will be held on **Tuesday, May 23, 2006, at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

February 16, 2006
DATE

UNITED STATES DISTRICT JUDGE