IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-18-JJF |
| ) | |
| ANDRES RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney, and hereby moves this Honorable Court to dismiss (1) the original indictment issued on March 10, 2005, as a superseding indictment was issued, and (2) Counts One, Two, Three and Five of the Superseding Indictment in the above-captioned case pursuant to the memorandum of plea agreement.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _/s/ Adam Safwat_
Adam Safwat
Assistant United States Attorney

Dated: May 22, 2006