IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 05-18-JJF |
| | ) |
| ANDRES RODRIGUEZ, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**AND NOW**, upon the unopposed motion of the United States, **IT IS HEREBY ORDERED** that:

1. The original indictment in the above-captioned case is dismissed.

2. Counts One, Two, Three and Five of the Superseding Indictment in the above-captioned case are dismissed.

Date: May 23, 2006

THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE