UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-18-JJF |
| | : | |
| ANDRES RODRIGUEZ, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant's unopposed Motion for Release of Passport,

**IT IS HEREBY ORDERED** this _____ day of November, 2006, that the passport of Mr. Andres Rodriguez shall be released to Eleni Kousoulis, Esq, counsel for Mr. Rodriguez from the Officer of the Federal Public Defender for the District of Delaware, for the purpose of having said passport returned to Mr. Andres Rodriguez.

                                                                                 Honorable Joseph J. Farnan, Jr.
                                                                                  United States District Judge