UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-18-JJF |
| ANDRES RODRIGUEZ, | : |
| Defendant. | : |

### ORDER

Having considered Defendant's unopposed Motion for Release of Passport,

**IT IS HEREBY ORDERED** this ___16___ day of November, 2006, that the passport of Mr. Andres Rodriguez shall be released to Eleni Kousoulis, Esq, counsel for Mr. Rodriguez from the Officer of the Federal Public Defender for the District of Delaware, for the purpose of having said passport returned to Mr. Andres Rodriguez.

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge

FILED
NOV 1 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE